IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHN WILLIAMS, as surviving parent and Administrator of the Estate of J. M. W., deceased, and TOMAR WILLIAMS, as surviving parent of J. M. W., deceased,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>JUST BLINDS, L.P., JUST BLINDS GP, LLC, GLOBAL CUSTOM COMMERCE, L.P., TIMBER BLINDS MFG., LTD d/b/a TIMBER BLIND & SHUTTER, TIMBERBLINDS, LLC, MCKINNEY TIMBER BLINDS, INC. f/k/a TIMBER BLINDS, INC., TIMBERBLINDS, LLC, TURNILS NORTH AMERICA, INC., and HUNTER DOUGLAS, INC.<br><br>　　　　Defendants. | CIVIL ACTION NO: 1 10-CV-1570 - RLV |

## ORDER

AND NOW, upon consideration of the parties' Joint Stipulation of Partial Dismissal and Motion for Remand:

1. IT IS HEREBY ORDERED that Defendants McKinney Timber Blinds, Inc. f/k/a Timber Blinds, Inc.; and Timber Blinds Mfg., Ltd. d/b/a Timber Blind & Shutter is GRANTED and that these Defendants are dismissed without prejudice.

2. IT IS HEREBY ORDERED that the parties' Joint Motion for Remand is GRANTED. Civil Action No. 1:10-CV-1570-RLV is remanded to the State Court of Gwinnett County, State of Georgia, for further proceedings.

This 9th day of Nov., 2010.

2

*Robert L. Vining, Jr.*
JUDGE ROBERT L. VINING, JR.
U.S. District Judge
Northern District of Georgia